UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25
PENSION FUND, et al.,

        Plaintiffs,

                              Case No. 06-CV-10228

vs.

                              HON. GEORGE CARAM STEEH

ACRO METALS, INC. and
JUSTIN P. CRANE,

        Defendants.
_____/

AMENDED ORDER DISMISSING SHOW CAUSE

      The court issued an Order to Show Cause on June 22, 2006 ordering plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  Plaintiffs responded on July 6, 2006 by explaining that an audit was performed and is in the process of being finalized.  Plaintiffs requested that the matter remain open until July 30, 2006, by which time plaintiffs will either move for a voluntary dismissal with prejudice, a voluntary dismissal without prejudice, or will move for a default and default judgment.

      IT IS HEREBY ORDERED that the court's Order to Show Cause be set aside. Plaintiffs have until July 30, 2006 to finalize this matter.

Dated:  July 18, 2006

                        S/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 18, 2006, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk